**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: SINUS BUSTER PRODUCTS CONSUMER LITIGATION | Civil Action No. 12-CV-2429 (ADS)(AKT)<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR FINAL APPROVAL** |

Plaintiffs David Delre ("Delre") and Mathew Harrison ("Harrison" collectively with Delre, "Proposed Class Representatives") respectfully submit this notice of non-opposition in further support Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Nationwide Settlement Class.

The Court's February 4, 2014 order set a June 27, 2014 hearing on the motion for final approval of the class action settlement in this case and stated that any objections to the settlement must be submitted to the Court for filing, along with a service copy to counsel for the parties, on or before June 6, 2014.

The June 6, 2014 deadline has now passed and no objections have been filed or served upon counsel. The settlement remains unopposed.

Proposed Class Representatives have filed herewith the Supplemental Declaration of Settlement Administrator declaring that, as of June 13, 2014, no objections have been received by RG/2 Claims Administration LLC.

Proposed Class Representatives have also filed herewith the Declaration of Jeffrey N. Levy, counsel for defendant Hi-Tech Pharmacal Co., Inc. declaring that, as of June 16, 2014, he has received no objections to the settlement.

Dated:  June 16, 2014

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:   */s/ Antonio Vozzolo*
Antonio Vozzolo (AV8773)
Courtney Maccarone (CM5863)
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: avozzolo@faruqilaw.com
           cmaccarone@faruqilaw.com

– and –

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SB1141)
Joseph I. Marchese (JM1976)
888 Seventh Avenue
New York, NY 10019
Tel: (212) 989-9113
Fax: (212) 989-9163
Email: scott@bursor.com
           jmarchese@bursor.com

*Settlement Class Counsel*